UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-3599 (DSD/DJF)

Erik Becerra,

    Plaintiff,

v.                                       **ORDER**

United States of America,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Dulce J. Foster dated September 27, 2024 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted;

2. The petition for a writ of habeas corpus [ECF No. 1] is denied without prejudice; and

3. The application to proceed in forma pauperis [ECF No. 5] is denied as moot.

Dated: October 21, 2024

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court